**PATRICIA KEIZER**
California State Bar No. 315624
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Patricia_Keizer@fd.org

Attorneys for Mr. Garcia-Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>**Arcenio Garcia-Perez**,<br><br>            Defendant. | CASE NO.:   24MJ1354-VET<br><br>**NOTICE OF APPEARANCE<br>AS LEAD COUNSEL** |

   Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Patricia Keizer, Federal Defenders of San Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.

                                                    Respectfully submitted,

 Dated:  April 4, 2024            *s/ Patricia Keizer*
                                                    **Patricia Keizer**
                                                    Federal Defenders of San Diego, Inc.
                                                    Attorneys for Mr. Garcia-Perez
                                                    Patricia_Keizer@fd.org